| | |
|---|---|
| 1 | **MICHAEL N. FEUER**, City Attorney - SBN 111529x |
| | **THOMAS H. PETERS,** Chief Assistant City Attorney - SBN 163388 |
| 2 | **CORY M. BRENTE**, Assistant City Attorney – SBN 115453 |
| | **CRAIG J. MILLER,** Deputy City Attorney - SBN 138302 |
| 3 | **RENA M. SHAHANDEH**, Deputy City Attorney – SBN 198072 |
| | 200 North Main Street, City Hall East 6th Floor |
| 4 | Los Angeles, CA  90012 |
| | Telephone:  (213) 978-7029 Facsimile: (213) 978-8785 |
| 5 | E-mail: rena.shahandeh@lacity.org |

Attorneys for Defendant CITY OF LOS ANGELES, CHARLES BECK, LUKE BENNETT, ALAN BUCKNELL, LYNN MIRANDA, ALFONSO MUNOZ, JUAN TOPETE AND HEATHER WILBUR

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ARMANDO QUEZADA, CATALINA DE QUEZADA, R. V., M. Q., and A. Q. C., | **CASE NO. CV15-07382 ODW (PJWx)** |
| | Hon. Otis D. Wright II |
| | Mag. Patrick J. Walsh |
| Plaintiffs, | |
| vs. | Complaint filed: 9/21/15 |
| CITY OF LOS ANGELES, LAPD CHIEF CHARLES BECK, individually and in his official capacity, LAPD DETECTIVE JUAN TOPETE, #27454, individually and in his official capacity, LAPD OFFICER GABRIEL BUCKNELL, #35961, individually and in his official capacity, LAPD OFFICER BRISCOE, #39133, individually and in his official capacity, LAPD OFFICER LUKE BENNETT, #38384, individually and in his official capacity, LAPD OFFICER MIRANDA, #39874, individually and in his official capacity, LAPD DETECTIVE WILBUR, #33756, individually and in his official capacity, LAPD DETECTIVE MUNOZ, #27719, individually and in his official capacity, and DOES 1-10, | **STIPULATION TO AMEND COMPLAINT AND EXTEND TIME TO FILE RESPONSIVE PLEADING** |
| Defendants. | |

TO THE HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

WHEREAS Plaintiffs filed their complaint on September 21, 2015, and served Defendants CITY OF LOS ANGELES with the summons and complaint on December 8, 2015, CHARLES BECK with the summons and complaint on December 16, 2015 and LYNN MIRANDA, LUKE BENNETT, JUAN TOPETE, ALAN BUCKNELL, ALFONSO MUNOZ, and HEATHER WILBUR with the summons and complaint on December 11, 2015, and the parties, having met and conferred, believe they can resolve many disputes regarding the content of the pleadings through voluntary amendment.

**IT IS THEREFORE STIPULATED** that Plaintiffs will file an amended complaint no later than January 28, 2016, and the date on which Defendant CITY OF LOS ANGELES, CHARLES BECK, LYNN MIRANDA, LUKE BENNETT, JUAN TOPETE, ALAN BUCKNELL, ALFONSO MUNOZ, and HEATHER WILBUR, will be required to file a responsive pleading is extended to 21 days after the date of the amended pleading.

DATED: December 29, 2015

**MICHAEL N. FEUER**, City Attorney

By /S/ ~ *Rena M. Shahandeh*

**RENA M. SHAHANDEH**, Deputy City Attorney
Attorneys for Defendant CITY OF LOS ANGELES, CHALRES BECK, LYNN MIRANDA, LUKE BENNETT, JUAN TOPETE, ALAN BUCKNELL, ALFONSO MUNOZ, and HEATHER WILBUR

DATED: December 28, 2015

**MOON & DORSETT, PC**

By _____

**DANA M. DORSETT, ESQ.**
Attorneys for Plaintiffs